DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM ROBERT SARGENT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2404

[June 25, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Handel Weiss, Judge; L.T. Case No. 502024CF001086AXXXMB.

Daniel Eisinger, Public Defender, and Ian Eric Seldin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***